UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID L. WILLIAMS,

        Plaintiff,

vs.                                Case No.  3:06-cv-426-J-MCR

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Entry of Judgment

with Remand (Doc. 16) filed December 6, 2006.  The Commissioner seeks remand for

further action under sentence four of 42 U.S.C. §405(g) in order to allow the

administrative law judge (the "ALJ") to:

> obtain testimony from a medical expert to determine whether
> Plaintiff's impairments meet Listing 12.05.  The ALJ shall
> also reconsider the opinions from examining sources in light
> of the entire record and, if necessary, may obtain an
> additional consultative examination which includes a medical
> source statement.  The ALJ will give further consideration to
> the effects of DA&A, and assess specific mental and
> physical functioning both with and without DA&A.  Finally,
> the ALJ will also obtain vocational expert testimony to
> determine the effects of Plaintiff's non-exertional limitations
> on the available occupational base, without DA&A, if
> warranted by the expanded record.

(Doc. 16).  The Commissioner asserts Counsel for Plaintiff has no objection to the

remand.  (Doc. 16).

-1-

Accordingly, after due consideration, it is

**ORDERED**:

The Defendant's Motion for Entry of Judgment with Remand (Doc. 16) is

**GRANTED** and a judgment shall enter **REVERSING AND REMANDING** this case

pursuant to sentence four of 42 U.S.C. §405(g).  Thereafter, the Clerk is directed to

close the file.


      **DONE AND ORDERED** in Chambers in Jacksonville, Florida this __7th__ day of

December, 2006.


                                             *Monte C. Richardson*

                                             MONTE C. RICHARDSON
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party